IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL JAGNATH, As Administrator of the Estate of SHARMILA NARINE<br><br>Plaintiff<br><br>-against-<br><br>SCHENECTADY FAMILY HEALTH SERVICES, INC.,<br>SCHENECTADY FAMILY HEALTH SERVICES, INC.<br>D/B/A HOMETOWN HEALTH CENTERS,<br>DAVID S. SKORY, M.D.,<br>UNITED STATES OF AMERICA, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES | Civil Action No. 1:15-CV-00970 (TMJ/CFH) |

## MOTION TO DISMISS SCHENECTADY FAMILY HEALTH SERVICES, INC., SCHENECTADY FAMILY HEALTH SERVICES, INC. D/B/A HOMETOWN HEALTH CENTERS, DAVID B. SKORY, M.D. AND THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES AND SUBSTITUTE THE UNITED STATES

NOW COME Schenectady Family Health Services, Inc., Schenectady Family Health Services, Inc. d/b/a Hometown Health Centers, David S. Skory, M.D. and the United States Department of Health and Human Services, by counsel, RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Cathleen B. Clark, Assistant United States Attorney, of counsel, and for their Motion to Dismiss and Substitute the United States as a Defendant, submit the following.

On or about August 10, 2015, plaintiff commenced this action in the United States

District Court for the Northern District of New York, alleging wrongful death and medical negligence in the care and treatment provided to plaintiff's decedent, Sharmila Narine. Pursuant to 42 U.S.C. § 233(g), the Department of Health and Human Services has deemed Schenectady Family Health Services, Inc. to be a covered public health service facility. *See* Declaration of Kara A. Hicks, Esq., attached hereto as **Exhibit A**. Specifically, Schenectady Family Health Services, Inc. has been deemed eligible for coverage under the Federal Tort Claims Act (FTCA) since 1994 and its coverage has continued without interruption since that time. *Id.*

Upon information and belief, the source of which is information provided to the United States Attorney's Office by the United States Department of Health and Human Services, Dr. Skory was, at the time of the alleged incidents in the Complaint, a physician employed by Schenectady Family Health Services, Inc. *Id.* Attached hereto as **Exhibit B** is a Certification, pursuant to 28 U.S.C. § 2679(d)(1), as amended by Public Law 100-694, from the Attorney General's designee stating that Dr. Skory was acting within the scope of his employment as a deemed employee of the United States of America at the time of the incidents alleged in plaintiff's Complaint.

Since Schenectady Family Health Services, Inc. is an entity deemed eligible for FTCA coverage and Dr. Skory was an employee of Schenectady Family Health Services, Inc. at the time of the allegations contained in the Complaint acting within the scope of his employment; pursuant to 42 U.S.C. § 233(g)(1)(A), the plaintiff's exclusive remedy is against the United States. Accordingly, the following defendants should be dismissed from this action: Schenectady Family Health Services, Inc., Schenectady Family Health Services, Inc. d/b/a Hometown Health Centers, David S. Skory, M.D. and the United States Department of Health

2

and Human Services.

Date: October 15, 2015                                    Respectfully submitted,

                                                          RICHARD S. HARTUNIAN
                                                          United States Attorney
                                                          James T. Foley U.S. Courthouse
                                                          445 Broadway
                                                          Room 218
                                                          Albany, NY 12207

                                            By:   /s/ Cathleen B. Clark
                                                  Cathleen B. Clark
                                                  Assistant United States Attorney
                                                  Bar Roll No. 102013

# TAB A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Jagnath, as Administrator of the Estate of Sharmila Narine )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Schenectady Family Health Services, Inc., )<br>Schenectady Family Health Services, Inc., )<br>d/b/a Hometown Health Centers, David S. )<br>Skory, M.D., United States of America, et al.)<br>)<br>Defendants. )<br>_____) | Case No. 1:15-cv-970 (MAD/CFH) |

## DECLARATION OF
## KARA ALBERT HICKS

1. I am an Attorney in the General Law Division, Office of the General Counsel, Department of Health and Human Services (the "Department"). I am familiar with the official records of administrative tort claims maintained by the Department as well as with the system by which those records are maintained.

2. The Department's Claims Branch maintains a computerized database record of administrative tort claims filed with the Department, including those filed with respect to federally supported health centers that have been deemed to be eligible for Federal Tort Claims Act ("FTCA") malpractice coverage.

3. As a consequence, if a tort claim had been filed with the Department with respect to Schenectady Family Health Services, Inc., or one of its subgrantees, a record of that filing would be maintained in the Claims Branch's database.

4. I caused a search of the Claims Branch's database to be conducted and found record of an administrative tort claim presented by Michael Jagnath, as Administrator of the Estate of Sharmila Narine, on January 16, 2015, for medical malpractice, which is still pending. Plaintiff did not set forth any allegations of wrongful death and/or conscious pain and suffering based upon lack of informed consent in his administrative tort claim.

5. I have also reviewed official Agency records and determined that Schenectady Family Health Services, Inc., was deemed eligible for FTCA malpractice coverage effective August 16, 1994, and its coverage has continued without interruption since that time. The Secretary of Health and Human Services' authority to deem entities as Public Health Service employees under 42 U.S.C. § 233(g) has been delegated to the Associate Administrator, Bureau of Primary Health Care, Health Resources and Services Administration. A copy of the notification Schenectady Family Health Services, Inc., is attached to this declaration as Exhibit 1.

- 3 -

6. Official agency records further indicate that David S. Skory, M.D., was an employee of Schenectady Family Health Services, Inc., at all times relevant to the Complaint in this case.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated at Washington, D.C., this 13th day of October, 2015.

*Kara A. Hicks*
KARA ALBERT HICKS
Attorney
Claims and Employment Law Branch
General Law Division
Office of the General Counsel
Department of Health and Human Services

# TAB A1

| | |
|---|---|
| **1. ISSUE DATE:** 8/28/2012 | |
| **2a. FTCA DEEMING NOTICE NO.:** 1-F00000638-12-01 | |
| **2b. Supersedes:** [ ] | |
| **3. COVERAGE PERIOD:** FROM: 1/1/2013 THROUGH: 12/31/2013 | DEPARTMENT OF HEALTH AND HUMAN SERVICES HEALTH RESOURCES AND SERVICES ADMINISTRATION |
| **4. NOTICE TYPE:** Renewal | |
| **5a. ENTITY NAME AND ADDRESS:** Schenectady Family Health Services, Inc. 1044 STATE ST SCHENECTADY, NY 12307-1508 | **HRSA** **NOTICE OF DEEMING ACTION** **FEDERAL TORT CLAIMS ACT AUTHORIZATION:** |
| **6. ENTITY TYPE:** Grantee | Federally Supported Health Centers Assistance Act (FSHCAA), as amended, Sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. § 233(g)-(n) |
| **7. EXECUTIVE DIRECTOR:** Joe Gambino | |
| **8a. GRANTEE ORGANIZATION:** Schenectady Family Health Services, Inc. | |
| **8b. GRANT NUMBER:** H80CS00475 | |

**9.** THIS ACTION IS BASED ON THE INFORMATION SUBMITTED TO, AND AS APPROVED BY HRSA, AS REQUIRED UNDER 42 U.S.C. § 233(h) FOR THE ABOVE TITLED ENTITY AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:

a. The authorizing program legislation cited above.
b. The program regulation cited above, and,
c. HRSA's FTCA-related policies and procedures.

In the event there are conflicting or otherwise inconsistent policies applicable to the program, the above order of precedence shall prevail.

**10. Remarks:**

The check box [x] in the supersedes field indicates that this notice supersedes any and all active NDAs and rescinds any and all future NDAs issued prior to this notice.

*Electronically signed by Jim Macrae, Associate Administrator for Primary Health Care on:* 8/28/2012 8:24:23 AM

# TAB B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL JAGNATH, As Administrator of the Estate of SHARMILA NARINE<br><br>Plaintiff<br><br>-against-<br><br>SCHENECTADY FAMILY HEALTH SERVICES, INC.<br>SCHENECTADY FAMILY HEALTH SERVICES, INC.<br>D/B/A HOMETOWN HEALTH CENTERS,<br>DAVID B. SKORY, M.D.,<br>UNITED STATES OF AMERICA, and UNITED<br>STATES DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES | CERTIFICATION |

Pursuant to 28 U.S.C. § 2679(d)(1), as amended by Public Law 100-694, and by virtue of the authority vested in me by the Attorney General under 28 C.F.R. § 15.4 and 28 U.S.C. § 510, I hereby certify that I have read the Complaint in this action. On the basis of the information available with respect to the incidents referred to therein, I find that the named individual defendant, David B. Skory, M.D., was acting within the scope of his employment as a deemed employee of the United States of America at the time of the alleged incidents.

Dated: October 15, 2015
Albany, New York

RICHARD S. HARTUNIAN
United States Attorney for the Northern
District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, New York 12207
Telephone: (518) 431-0247